**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ANTHONY C. KENNEY,          )   | |
|          Plaintiff,                       )   | |
| vs.                                            )   | No.  3:15-CV-821-G-BH |
|                                                    )   | |
| SEDGWICK CLAIMS MANAGEMENT   )   | |
| NATIONAL, et al.,                     )   | |
|          Defendant.                     )   | Referred to U.S. Magistrate Judge |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court is the plaintiff's *Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis*, received October 21, 2016, in the United States Court of Appeals for the Fifth Circuit and forwarded to this Court, which is construed as a motion to proceed *in forma pauperis* on appeal (doc. 16).

(**X**)    The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  See Fed. R. App. P. 24(a)(5).**

**SIGNED this 8th day of November, 2016.**

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE